# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07079
(973) 324-2711

November 13, 2024

The Honorable Kenneth Michael Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  **United States v. Kashad Sampson, et. al. (George Tatum)**
     **22-CR-640 (KMK)**

Dear Honorable Judge Karas,

I am the attorney for the above-named defendant, Mr. George Tatum. This case is presently scheduled for a bail hearing this Friday, November 15, 2024. I appreciate the Courts rapid response, unfortunately, I am not available to appear Friday morning.

By way of this letter, I respectfully request the Court, adjourn this pending bail hearing to Friday, November 15, 2024, after 2:00 PM, or Monday November 18, 2024, at any time convenient with the Court, or Tuesday, November 19, 2024, at any time convenient with the Court.

If you have any questions or concerns, please do not hesitate to contact me at the telephone number listed above, or via email at patrickjoyce.esq@gmail.com

Granted. The hearing is adjourned to
11/19/24 at 2:30

So Ordered.
*[signature]*
11/13/24

Respectfully submitted,

*Patrick Joyce*
Patrick Joyce